

# NUMBER 13-18-00676-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ERNEST PERRY

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Contreras and Benavides**
**Order Per Curiam**

Relator Ernest Perry filed a petition for writ of mandamus and emergency motion for stay in this cause on December 13, 2018. Through this original proceeding, Perry seeks to compel the deposition of a corporate representative of State Farm Mutual Automobile Insurance Company in the underlying uninsured/underinsured motorist case. By emergency motion, relator seeks to stay the trial of this case which is scheduled to commence on January 7, 2019.

The Court, having examined and fully considered the emergency motion for stay, is of the opinion that it should be granted. Accordingly, we grant the emergency motion

for stay and we order the trial of this case, presently set for January 7, 2019, to be stayed pending further order of the Court or resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, State Farm Mutual Automobile Insurance Company, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed the
14th day of December, 2018.